G. W. Easterlin and E. B. Godwin, partners under the firm name of G. W. Easterlin & Company, Appellants, v. L. C. Gracy, Appellee.

Division B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile for appellants.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*